UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| Aig Insurance Company of Canada,<br><br>                     Plaintiff,<br><br> -against-<br><br>State National Insurance Company,<br><br>                     Defendant. |

24cv9201 (DEH) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

The time for Defendant Lee's Family Realty to respond to the complaint is extended until January 2, 2025.

DATED:  December 17, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge