# STONBERG, HICKMAN & PAVLOFF, LLP

Attorneys at Law
505 Eighth Avenue, Suite 2302
New York, New York   10018
Phone: (212) 231-2220
Fax: (646) 349-3528
www.shplawyers.com

November 17, 2025

> Application **GRANTED**. The settlement conference is rescheduled for Monday **January 26, 2026 at 02:00 PM** in Courtroom 9B, 500 Pearl Street, New York, NY 10007. Pre-conference submissions must be received no later than **January 19, 2026, at 5:00 p.m.** Corporate parties must send the person with decision-making authority to settle the matter to the conference. If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.
>
> The parties' deadline for the completion of fact discovery is extended from February 6, 2026 to **February 20, 2026.**
>
> The Clerk of Court is respectfully requested to terminate ECF 43.
>
> SO ORDERED
>
> Dated:   November 18, 2025
>          New York, NY
>
> ROBYN F. TARNOFSKY
> UNITED STATES MAGISTRATE JUDGE

**Via ECF**

Hon. Robyn F. Tarnofsky
Daniel Patrik Moynihan
United State Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **AIG Insurance Company of Canada, f/k/a Chartis Insurance Company of Canada v. State National Insurance Company**
Our File:   40888
<u>Docket No:</u>   <u>1:24-cv-09201 (DEH-RFT)</u>

Dear Judge Tarnofsky:

Please accept this as a joint:

1. Status update regarding discovery;
2. Request for a 2 week adjournment of the settlement conference and the discovery deadline due to the undersigned's personal injury addressed below.

This matter involves a request by AIG Insurance Company of Canada ("AIG Canada") for reimbursement of a portion of a settlement paid by AIG Canada from State National Insurance Company ("SNIC") with respect to an action styled: ."*Zulfiqar Bacchus v. Thor Shore Parkway Developers, LLC, BJ's Wholesale Club, Inc. and B.R. Fries & Associates, LLC,* Supreme Court of New York, County of Queens, under index number 701499/2014 (the "Bacchus Action"). [1]

SNIC produced documents responsive to AIG Canada's written discovery requests on April 21, 2015. AIG Canada has produced almost all of the documents SNIC requested as of October 6, 2025. *AIG Canada's production of the claims notes related to the defense of Canatal Steel in the Bacchus Action remain outstanding and will be produced by November 24, 2025.*

SNIC subpoenaed the production of documents from defense counsel for BJ's Wholesale Club ("BJ's") and they produced what they could locate on September 25, 2025.

---

[1] Originally, AIG Canada also sought recovery for an action styled *Jonathan Straughter and Arlene Straughter v. Thor Shore Parkway Developers, LLC, Thor Equities, LLC, BJ's Wholesale Club, Inc., and B.R. Fries & Associates LLC,* the Supreme Court of New York, New York County, under index No. 152839/2014 (the "Straughter Action"). AIG Canada's request for recovery for the settlement in the Straughter Action was discontinued on September 30, 2025.

Defense counsel for BJ's is still searching for additional documents but, as of today's date, we do not anticipate that they will locate any additional information.

Depositions of the AIG Canada 30B6 witness and fact witness Allison Weiss were scheduled (in person) for November 11, 2025 and November 12, 2025 . However, on November 5, 2025, I, unfortunately, fractured my foot. I was unable to proceed with any depositions on November 11th or 12th and am unable to proceed with any in person depositions at all as I am non-weight bearing and unable to easily travel, particularly with the documents necessary for the depositions.

Counsel for AIG Canada agreed to allow the depositions to proceed virtually. The deposition of Allison Weiss has been rescheduled, via remote means, for November 26, 2025. AIG Canada will produce its 30B6 witness via remote means during the weeks of December 1 or December 8, pending availability. The non-party deposition of Steven McNeil has been rescheduled via remote means for December 9th, 2025, pending confirmation of the witness's availability.. SNIC's 30B6 witness will proceed, remotely, the week of December 8, 2025.

Depending upon the testimony, SNIC may need to serve a subpoena for testimony upon defense counsel for BJ's.

Due to the two week setback because of my injury, the parties jointly request a two week adjournment of the settlement conference now scheduled for Monday January 12, 2026 and a two week extension of fact discovery from February 6, 2026 to February 20, 2026.

The prospect of settlement has not changed and will not change until the depositions are completed. As directed by the Court, we will submit our next status report on December 1, 2025.

We thank the Court for its courtesies.

Very truly yours,

Sherri N. Pavloff

cc: VIA ECF:

TO:   Michael J. Rossignol, Esq.
      RIKER DANZIG LLP
      Attorney for Plaintiff
      AIG Insurance Company of Canada
      489 Fifth Ave., 33rd Floor
      New York, NY  10017
      (973-538-0800)
      mrossignol@riker.com

4897-4750-3738, v. 2