# STONBERG, HICKMAN & PAVLOFF, LLP

Attorneys at Law
505 Eighth Avenue, Suite 2302
New York, New York   10018
Phone: (212) 231-2220
Fax: (646) 349-3528
www.shplawyers.com

January 20, 2026

Application **GRANTED**. The telephonic conference scheduled for January22, 2026 is now rescheduled to **Friday, January 23, 2026** at **11:00 AM**. The parties should be prepared to discuss the letter motion at ECF 50. The parties are directed to join the conference at the scheduled time. Please dial (646) 453-4442, Access Code: **929 031 730#.**

The Clerk of Court is respectfully requested to terminate ECF 52.

Dated:   January 20, 2026     SO ORDERED
       New York, NY

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE

VIA ECF

Magistrate Robyn T. Tarnofsky
United States District Court
Southern District of New York
500 Pearl St., Rm. 703
New York, NY  10007

> **Re:**    **AIG Insurance Company of Canada, f/k/a Chartis Insurance Company of Canada v. State National Insurance Company**
> **Our File:**    **40888**
> **Docket No:**    **1:24-cv-09201 (DEH-RFT)**

Dear Hon. Tarnofsky,

We represent defendant State National Insurance Company ("SNIC") in the above-noted litigation.  We are in receipt of an Order scheduling a telephone conference on Thursday, January 22, 2026, at 11 am.  I have an in-person appearance in front of Judge McMahon at 10:45 am on Thursday, January 22, 2026 in an action titled *Liberty Mutual Fire Ins. Co. v. United Specialty Ins. Co.*, 25-cv-9405 and although the parties in that action submitted a proposed Civil Case Management Plan, the in-person conference has not been cancelled.

I contacted counsel for AIG Insurance Company of Canada, f/k/a Chartis Insurance Company of Canada ("AIG") who does not object to an adjournment of the conference in this matter until after 2 pm on Thursday January 22, 2026 or at any time on Friday January 23, 2026.

I therefore respectfully request that the conference scheduled for Thursday, January 22, 2026 at 11 am be rescheduled until later that day or Friday.

I thank the Court for its consideration,
.

Very truly yours,

Sherri N. Pavloff

cc:

VIA EFile:  Michael Rossignol, Esq,,  Cyan Perry, Esq,