UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AIG INSURANCE COMPANY OF CANADA, f/k/a, CHARTIS INSURANCE COMPANY OF CANADA,<br><br>Plaintiff,<br><br>-against-<br><br>STATE NATIONAL INSURANCE COMPANY,<br><br>Defendant. | 24-CV-09201 (DEH) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Notwithstanding that the parties do not anticipate propounding any additional discovery requests, to permit the parties to explore settlement further, the deadline for the completion of all discovery is extended until **March 23, 2026**. The parties shall file a joint letter by **February 27, 2026** indicating whether a further settlement conference would be appropriate at that time.

DATED:    February 2, 2026
            New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge